

# THE THIRTEENTH COURT OF APPEALS

13-14-00153-CR

The State of Texas
v.
Alfredo Zuniga Gonzalez

On appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. CR-05-4054-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the order of the trial court granting Gonzalez's application for writ of habeas corpus should be reversed and rendered. The Court orders the order of the trial court REVERSED and RENDERS judgment that Gonzalez's guilty plea is reinstated. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

September 3, 2015.